

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 20, 2021

**By ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Natural Resources Defense Council et al. v. Granholm et al.*, 20 Civ. 9127 (AJN)

Dear Judge Nathan:

      This Office represents the U.S. Department of Energy and Jennifer Granholm, in her official capacity as the Secretary of the U.S. Department of Energy ("DOE" or "the Government"). The complaint filed by Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, Public Citizen, and Sierra Club ("Plaintiffs," and collectively with the Government, the "Parties") alleges that DOE missed deadlines under the Energy Policy and Conservation Act for reviewing and revising energy conservation standards for consumer and commercial products.

      The Parties submit this joint status report pursuant to the Court's March 23, 2021 order staying this litigation in light of the Parties' intention to engage in settlement discussions. *See* ECF No. 33, at 1. Since the Parties' last status update, the Parties have continued to engage in active, productive settlement negotiations, and the Parties are now working on memorializing potential terms in written form. The Parties therefore respectfully request that the stay this Court ordered on March 23 remain in place, in order to allow them to continue devoting resources to completing settlement discussions instead of litigation. The Parties propose submitting their next joint status update no later than November 4, 2021.

      The Government is simultaneously filing with the Court a status report in *State of New York et al. v. Granholm et al.*, No. 20 Civ. 9362 (AJN), jointly with the plaintiffs in that case.

* * *

Thank you for your consideration of this matter.

>Respectfully submitted,
>
>AUDREY STRAUSS
>United States Attorney for the
>Southern District of New York
>
>By:   s/ Anthony J. Sun
>ANTHONY J. SUN
>Telephone: (212) 637-2810
>Fax: (212) 637-2786
>Email: anthony.sun@usdoj.gov

cc:    (by ECF)
      Jared Eldridge Knicley, Esq.
      Timothy Ballo, Esq.
      *Attorneys for Plaintiffs*