UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NATURAL RESOURCES DEFENSE COUNCIL et al,   :
:
               Plaintiffs,   :
:      20-CV-9127 (JMF)
    -v-   :
:
DAN BROUILLETTE et al,   :
:
               Defendants.   :
:
------------------------------------------------------------------X
:
STATE OF NEW YORK et al,   :
:
               Plaintiffs,   :
:      20-CV-9362 (JMF)
    -v-   :
:        ORDER
DAN BROUILLETTE et al,   :
:
               Defendants.   :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 22, 2022 Order, ECF No 63, the parties were required to file a joint status letter on or before September 9, 2022, updating the Court on the status of settlement discussions. To date, the Court has not received any submission. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 14, 2022**.

      SO ORDERED.

Dated: September 12, 2022
       New York, New York
                                                                 JESSE M. FURMAN
                                                 United States District Judge