September 19, 2022

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

      Re:    *Natural Resources Defense Council et al. v. Granholm et al.*, 20 Civ. 9127 (JMF)
              *State of New York et al. v. Granholm et al.*, 20 Civ. 9362 (JMF)

Dear Judge Furman:

      The parties in these two related actions write respectfully to request that the Court enter the attached proposed consent decree in the above-referenced actions. As previously reported to the Court, the parties have engaged in extensive settlement discussions over the last several months, which has resulted in a consent decree acceptable to all parties. The proposed consent decree resolves all claims against Jennifer Granholm,[1] in her official capacity as United States Secretary of Energy, and the U.S. Department of Energy (collectively, "DOE" or "the Government") brought by Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, Public Citizen, and Sierra Club (collectively, the "NGO Plaintiffs"), Plaintiffs States of New York, California, Colorado, Connecticut, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, Oregon, Vermont, and Washington; the Commonwealths of Massachusetts and Pennsylvania; the People of the State of Michigan; the District of Columbia; and the City of New York (collectively, the "State Plaintiffs"), and Plaintiff-Intervenors Association of Home Appliance Manufacturers ("AHAM") and Air-Conditioning, Heating & Refrigeration Institute ("AHRI," and together with AHAM, the "Plaintiff-Intervenors").

      The complaints and complaints-in-intervention in these actions allege that DOE missed deadlines under Subchapter III of the Energy Policy and Conservation Act, 42 U.S.C. §§ 6291–6317, for reviewing and, as appropriate, revising energy conservation standards for consumer products and industrial equipment. The proposed consent decree provides relief to all plaintiffs by setting court-ordered deadlines that DOE has committed to meet for each of the outstanding regulatory activities at issue in the complaints and complaints-in-intervention. Those deadlines were painstakingly negotiated between the NGO Plaintiffs, the State Plaintiffs, the Plaintiff-Intervenors, and DOE, and they reflect the need for DOE to take certain statutorily-required actions under EPCA, while recognizing that DOE requires sufficient time to perform the required reviews and any necessary revisions without pre-judging the outcome of any reviews or limiting the discretion that DOE has in completing this regulatory activity.

      The proposed consent decree also includes provisions, again carefully negotiated by the parties, that account for potential intervening events and changed circumstances, along with notice of any proposed modifications and an opportunity to be heard. The proposed consent

---

[1]    Secretary Granholm is automatically substituted as a defendant for former Secretary Dan Brouillette pursuant to Federal Rule of Civil Procedure 25(d).

decree fully resolves all claims in this action, and the parties jointly and respectfully request that the Court enter it forthwith.[2]

* * *

Thank you for your consideration of this matter.

Respectfully submitted,

**For Natural Resources Defense Council and Public Citizen:**

/s/ Jared E. Knicley[3]
Jared E. Knicley, admitted *pro hac vice*
Joseph Vukovich, admitted *pro hac vice*
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org
jvukovich@nrdc.org

**For Center for Biological Diversity, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, and Sierra Club:**

/s/ Timothy Ballo
Timothy Ballo, admitted *pro hac vice*
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 745-5209
tballo@earthjustice.org

**For the State of New York:**

LETITIA JAMES
Attorney General

/s/ Lisa S. Kwong
LISA S. KWONG
TIMOTHY HOFFMAN
Assistant Attorneys General
Office of the Attorney General

---

[2] The parties previously set forth the bases for jurisdiction and venue in the joint April 18, 2022, status update filed in the two related actions.
[3] Pursuant to S.D.N.Y. ECF Rule 8.5(b), all parties have granted consent to electronically file this joint letter.

Environmental Protection Bureau
The Capitol
Albany, New York 12224
Tel: 518-776-2422
Email: Lisa.Kwong@ag.ny.gov
Email: Timothy.Hoffman@ag.ny.gov

**For the State of California:**

ROB BONTA
Attorney General

/s/ David Zonana
DAVID ZONANA
Supervising Deputy Attorney General
SOMERSET PERRY
Deputy Attorney General
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612
Tel: (510) 879-1248
Email: David.Zonana@doj.ca.gov

**For the State of Colorado:**

PHILIP J. WEISER
Attorney General

/s/ Eric R. Olson
ERIC R. OLSON
Solicitor General
Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: (720) 508-6562
Email: eric.olson@coag.gov

**For the State of Connecticut:**

WILLIAM TONG
Attorney General

/s/ Matthew I. Levine
MATTHEW I. LEVINE
Deputy Associate Attorney General

State of Connecticut
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5250
Email: Matthew.Levine@ct.gov

**For the District of Columbia:**

KARL A. RACINE
Attorney General

/s/ Brian Caldwell
BRIAN CALDWELL
Assistant Attorney General
Social Justice Section
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, DC  20001
Tel: (202) 445-1952 (mobile)
Email: brian.caldwell@dc.gov

**For the State of Illinois:**

KWAME RAOUL
Attorney General

/s/ Jason E. James
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Div.
Office of the Attorney General
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Tel: (872) 276-3583
Email: Jason.james@ilag.gov

**For the State of Maine:**

AARON M. FREY
Attorney General of Maine

/s/ Jonathan R. Bolton
JONATHAN R. BOLTON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
Tel: (207) 626-8800
Email: jonathan.bolton@maine.gov

**For the State of Maryland:**

BRIAN E. FROSH
Attorney General

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD  21202
Tel: (410) 576-6414
Email: sgoldstein@oag.state.md.us

**For the Commonwealth of Massachusetts:**

MAURA HEALEY
Attorney General

/s/ I. Andrew Goldberg
I. ANDREW GOLDBERG
Assistant Attorney General


Environmental Protection Division
ASHLEY GAGNON
Assistant Attorney General
Energy and Telecommunications Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2429
Email: andy.goldberg@mass.gov

**For the People of the State of Michigan:**

DANA NESSEL
Attorney General

/s/ Neil Giovanatti
NEIL GIOVANATTI
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov

**For the State of Minnesota**:

KEITH ELLISON
Attorney General

/s/ Peter Surdo
PETER N. SURDO
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Tel: (651) 757-1061
Email: peter.surdo@ag.state.mn.us
*admission pro hac vice pending

**For the Commonwealth of Pennsylvania:**

JOSH SHAPIRO
Attorney General

/s/ Ann Johnston
ANN JOHNSTON
Senior Deputy Attorney General
Impact Litigation Section
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (267) 374-2787
Email: ajohnston@attorneygeneral.gov

**For the State of Nevada:**

AARON D. FORD
Attorney General

/s/ Heidi Parry Stern
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3594
Email: HStern@ag.nv.gov

**For the State of New Jersey:**

MATTHEW J. PLATKIN
Acting Attorney General

/s/ Gwen Farley
GWEN FARLEY
Deputy Attorney General
25 Market Street, P.O. Box 093
Trenton, NJ  08625-0093
Tel: (609) 376-2761
Email: gwen.farley@law.njoag.gov

**For the State of New Mexico:**

HECTOR BALDERAS
Attorney General

/s/ William Grantham
WILLIAM GRANTHAM
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
Tel: (505) 717-3520
Email: wgrantham@nmag.gov

**For the State of Oregon:**

ELLEN F. ROSENBLUM
Attorney General

/s/ Paul A. Garrahan
PAUL A. GARRAHAN
Attorney-in-Charge
Steve Novick
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301
Tel: (503) 947-4593
Email: Paul.Garrahan@doj.state.or.us
Email: Steve.Novick@doj.state.or.us

**For the State of Vermont:**

SUSANNE R. YOUNG
Attorney General

/s/ Eleanor L.P. Spottswood
ELEANOR L.P. SPOTTSWOOD
Solicitor General
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT  05609
Tel: (802) 793-1646
Email: Eleanor.spottswood@vermont.gov

**For the State of Washington:**

ROBERT W. FERGUSON
Attorney General

/s/ Stephen Scheele
STEPHEN SCHEELE
Assistant Attorney General
Washington State Office of Attorney General
P.O. Box 40109
Olympia, WA 98504
Tel: (360) 586-4900

Email: Steve.Scheele@atg.wa.gov

**For the City of New York:**

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

/s/ Hilary Meltzer
HILARY MELTZER
Chief, Environmental Law Division New
York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2070
Email: hmeltzer@law.nyc.gov

**For the Association of Home Appliance Manufacturers:**

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Kevin N. Ainsworth
By: Kevin N. Ainsworth
666 Third Avenue
New York, New York 10017
Tel: 212.692.6745
Email: kainsworth@mintz.com

**For the Air-Conditioning, Heating & Refrigeration Institute:**

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Kevin N. Ainsworth
By: Kevin N. Ainsworth
666 Third Avenue
New York, New York 10017
Tel: 212.692.6745
Email: kainsworth@mintz.com

**For DOE:**

DAMIAN WILLIAMS
United States Attorney for the Southern
District of New York

By:   s/ Anthony J. Sun
ANTHONY J. SUN
Assistant United States Attorney
Telephone: (212) 637-2810
Fax: (212) 637-2786
Email: anthony.sun@usdoj.gov

Encl. (Proposed Consent Decree)