UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATURAL RESOURCES DEFENSE
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY, CONSUMER FEDERATION OF
AMERICA, MASSACHUSETTS UNION OF
PUBLIC HOUSING TENANTS, PUBLIC
CITIZEN, and SIERRA CLUB,

*Plaintiffs,*

*and*

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS, and AIR-
CONDITIONING, HEATING &
REFRIGERATION INSTITUTE,

*Plaintiff-Intervenors,*

v.

JENNIFER M. GRANHOLM, as Secretary Of
The United States Department Of Energy, and
UNITED STATES DEPARTMENT OF
ENERGY,

*Defendants.*

20 Civ. 9127 (JMF)

**STIPULATION AND ORDER**

---

STATES OF NEW YORK, CALIFORNIA,
COLORADO, CONNECTICUT, ILLINOIS,
MAINE, MARYLAND, MINNESOTA, NEW
JERSEY, OREGON, VERMONT, AND
WASHINGTON, COMMONWEALTH OF
MASSACHUSETTS, PEOPLE OF THE
STATE OF MICHIGAN, DISTRICT OF
COLUMBIA, CITY OF NEW YORK,
COMMONWEALTH OF PENNSYLVANIA,
AND STATES OF NEVADA AND NEW
MEXICO,

*Plaintiffs,*

20 Civ. 9362 (JMF)

*and*

ASSOCIATION OF HOME APPLIANCE
MANUFACTURERS, and AIR-
CONDITIONING, HEATING &
REFRIGERATION INSTITUTE,

*Plaintiff-Intervenors,*

v.

JENNIFER M. GRANHOLM, as Secretary Of
The United States Department Of Energy, and
UNITED STATES DEPARTMENT OF
ENERGY,

*Defendants.*

WHEREAS, on October 30, 2020, Plaintiffs Natural Resources Defense Council, Center for Biological Diversity, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, Public Citizen, and Sierra Club (collectively "Public Interest Plaintiffs") filed a complaint in the United States District Court for the Southern District of New York ("Court") against Defendants Jennifer Granholm, in her official capacity as United States Secretary of Energy, and the United States Department of Energy (collectively "DOE");

WHEREAS, on November 9, 2020, Plaintiffs States of New York, California, Colorado, Connecticut, Illinois, Maine, Maryland, Minnesota, New Jersey, Oregon, Vermont, Washington, the Commonwealth of Massachusetts, the People of the State of Michigan, the District of Columbia, and the City of New York (collectively "State Plaintiffs") filed a complaint in the Court against DOE;

WHEREAS on January 29, 2021, State Plaintiffs filed an amended complaint to include as additional state plaintiffs the Commonwealth of Pennsylvania and the States of New Mexico and Nevada;

2

WHEREAS, on March 23, 2021, the Court entered a Stipulation and Order (the "Intervention Stipulation") permitting the Association of Home Appliance Manufacturers and Air-Conditioning, Heating & Refrigeration Institute (collectively, "Plaintiff-Intervenors") to participate, with specified conditions, as Plaintiff-Intervenors in these two civil actions, Dkt. No. 34, 20 Civ. 9127, Dkt. No. 53, 20 Civ. 9362;

WHEREAS, Plaintiff-Intervenors filed a Complaint in Intervention in each of these actions on March 26, 2021, Dkt. No. 35, 20 Civ. 9127, Dkt. No. 55, 20 Civ. 9362;

WHEREAS, on September 22, 2022, the Court entered a consent decree (the "Consent Decree") between and among the Public Interest Plaintiffs, the State Plaintiffs, the Plaintiff-Intervenors, and DOE, resolving the claims asserted in these actions, Dkt. No. 70, 20 Civ. 9127, Dkt. No. 102, 20 Civ. 9362;

WHEREAS, on January 10, 2024, the Court so-ordered a stipulation among the Public Interest Plaintiffs, the State Plaintiffs, the Plaintiff-Intervenors, and DOE to amend the Consent Decree to clarify the applicability of the terms of the Consent Decree to direct final rules issued pursuant to 42 U.S.C. § 6295(p)(4), Dkt. No. 77, 20 Civ. 9127, Dkt. No. 111, 20 Civ. 9362;

WHEREAS, under the terms of the Consent Decree, DOE was required to sign and post on DOE's publicly accessible website an Agency Action Document, as that term is defined in Paragraph 4 of the Consent Decree, for the product category of Residential Water Heaters by April 30, 2024, and on April 30, DOE posted a signed Agency Action Document for this product category, *see* Dkt. No. 78, 20 Civ. 9127, Dkt. No. 114, 20 Civ. 9362;

WHEREAS, although in the Agency Action Document for the product category of Residential Water Heaters posted on April 30, 2024, DOE finalized standards for most residential water heaters, DOE stated it was still evaluating amended standards for gas-fired instantaneous water heaters, *see* Dkt. No. 78, 20 Civ. 9127, Dkt. No. 114, 20 Civ. 9362;

3

WHEREAS, under the terms of the Consent Decree, DOE is required to sign and post on DOE's publicly accessible website an Agency Action Document, as that term is defined in Paragraph 4 of the Consent Decree, for the product category of Commercial Refrigeration Equipment by November 30, 2024;

WHEREAS, DOE requires additional time to complete the actions necessary to sign and post on DOE's publicly accessible website an Agency Action Document for gas-fired instantaneous water heaters in the product category of Residential Water Heaters, and an Agency Action Document for the product category of Commercial Refrigeration Equipment;

WHEREAS, after discussions between and among the Public Interest Plaintiffs, the State Plaintiffs, the Plaintiff-Intervenors, and DOE, the parties agree to further amend the Consent Decree to adjust two deadlines;

IT IS HEREBY STIPULATED AND AGREED, by and between the Public Interest Plaintiffs, the State Plaintiffs, and DOE, as follows:

1.    The deadlines for the following product categories as set forth in Paragraph 4 of the Consent Decree are hereby amended as follows:

| *Product Category* | *Deadline* |
|---|---|
| Residential Water Heaters<br>• Gas-fired instantaneous water heaters<br>• All other residential water heaters | <br>• December 16, 2024<br>• April 30, 2024[1] |
| Commercial Refrigeration Equipment | December 30, 2024 |

2.    The Consent Decree, and all other terms contained therein, remains effective.

3.    The Public Interest Plaintiffs, the State Plaintiffs, the Plaintiff-Intervenors, and DOE understand and agree that this Stipulation contains the entire agreement between them, and

---

[1] DOE has already met this deadline. *See* Dkt. No. 78, 20 Civ. 9127, Dkt. No. 114, 20 Civ. 9362.

that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between these parties or their counsel that are not included herein shall be of any force or effect.

4.    This Stipulation is subject to the approval of the Court. In the event that the Court does not approve this Stipulation, it shall be null and void, with no force or effect.

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25,    2024

**For Natural Resources Defense Council and Public Citizen:**

/s/ Jared E. Knicley[2]
Jared E. Knicley, admitted *pro hac vice*
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
(202) 513-6242
jknicley@nrdc.org

**For Center for Biological Diversity, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, and Sierra Club:**

/s/ Timothy Ballo
Timothy Ballo, admitted *pro hac vice*
Earthjustice
1001 G Street NW, Suite 1000
Washington, DC 20001
(202) 745-5209
tballo@earthjustice.org

---

[2] Pursuant to S.D.N.Y. ECF Rule 8.5(b), all parties have granted consent to electronically sign this consent decree.

**For the State of New York:**

LETITIA JAMES
Attorney General


/s/ Timothy Hoffman
TIMOTHY HOFFMAN
Assistant Attorney General
Office of the Attorney General
Environmental Protection Bureau
350 Main Street, Suite 300A
Buffalo, New York 14202
Tel: 716-853-8465
Email: Timothy.Hoffman@ag.ny.gov

**For the State of California:**

ROB BONTA
Attorney General

/s/ Jamie Jefferson
Jamie Jefferson
Deputy Attorney General
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94610
Tel: (510) 879-0172
Email: Jamie.Jefferson@doj.ca.gov

**For the State of Colorado:**

PHILIP J. WEISER
Attorney General

/s/ Carrie Noteboom
CARRIE NOTEBOOM
Assistant Deputy Attorney General
Natural Resources & Environment Section
1300 Broadway, 7th Floor
Denver, CO 80203
Tel: (720) 508-6528
Email: carrie.noteboom@coag.gov

**For the State of Connecticut:**

WILLIAM TONG
Attorney General

/s/ Matthew I. Levine
MATTHEW I. LEVINE
Deputy Associate Attorney General
State of Connecticut
Office of the Attorney General
165 Capitol Avenue Hartford, CT 06106
Tel: (860) 808-5250
Email: Matthew.Levine@ct.gov

**For the District of Columbia:**

BRIAN L. SCHWALB
Attorney General

/s/ Brian Caldwell
BRIAN CALDWELL
Senior Assistant Attorney General
Social Justice Section
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, DC  20001
Tel: (202) 445-1952 (mobile)
Email: brian.caldwell@dc.gov

**For the State of Illinois:**

KWAME RAOUL
Attorney General

/s/ Jason E. James
JASON E. JAMES
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/ Asbestos Litigation Div.
Office of the Attorney General
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Tel: (217) 843-0322
Email: Jason.james@ilag.gov

**For the State of Maine:**

AARON M. FREY
Attorney General of Maine

/s/ Jonathan R. Bolton
JONATHAN R. BOLTON
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Tel: (207) 626-8800
Email: jonathan.bolton@maine.gov

**For the State of Maryland:**

ANTHONY G. BROWN
Attorney General

/s/ Steven J. Goldstein
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
Tel: (410) 576-6414
Email: sgoldstein@oag.state.md.us

**For the Commonwealth of Massachusetts:**

ANDREA JOY CAMPBELL
Attorney General

/s/ I. Andrew Goldberg
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2429
Email: andy.goldberg@mass.gov

**For the People of the State of Michigan:**

DANA NESSEL
Attorney General

/s/ Neil Giovanatti
NEIL GIOVANATTI
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov

**For the State of Minnesota**:

KEITH ELLISON
Attorney General

/s/ Peter Surdo
PETER N. SURDO
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
Tel: (651) 757-1061
Email: peter.surdo@ag.state.mn.us
*admission pro hac vice pending

**For the Commonwealth of Pennsylvania:**

MICHELLE A. HENRY
Attorney General

/s/ Ann R. Johnston
ANN R. JOHNSTON
Assistant Chief Deputy Attorney General
Civil Environmental Enforcement Unit
Office of Attorney General
Strawberry Square
14th Floor
Harrisburg, PA 17120
Tel: (717) 497-3678
Email: ajohnston@attorneygeneral.gov

**For the State of Nevada:**

AARON D. FORD
Attorney General

/s/ Heidi Parry Stern
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3594
Email: HStern@ag.nv.gov

**For the State of New Jersey:**

MATTHEW J. PLATKIN
Attorney General

/s/ Gwen Farley
GWEN FARLEY
Deputy Attorney General
25 Market Street, P.O. Box 093
Trenton, NJ  08625-0093
Tel: (609) 376-2761
Email: gwen.farley@law.njoag.gov

**For the State of New Mexico:**

RAUL TORREZ
Attorney General

/s/ William Grantham
WILLIAM GRANTHAM
Assistant Attorney General
408 Galisteo Street
Sante Fe, New Mexico 87501
Tel: (505) 717-3520
Email: wgrantham@nmag.gov

**For the State of Oregon:**

ELLEN F. ROSENBLUM
Attorney General

/s/ Paul A. Garrahan
PAUL A. GARRAHAN
Attorney-in-Charge
Steve Novick
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301
Tel: (503) 947-4540
Email: Paul.Garrahan@doj.oregon.gov
Email: Steve.Novick@doj.oregon.gov

**For the State of Vermont:**

CHARITY R. CLARK
Attorney General

/s/ Jill S. Abrams
JILL S. ABRAMS
Assistant Attorney General
Office of the Attorney General of Vermont
109 State Street
Montpelier, VT  05609
Tel: (802) 828-3186
Email: jill.abrams@vermont.gov

**For the State of Washington:**

ROBERT W. FERGUSON
Attorney General

/s/ Stephen Scheele
STEPHEN SCHEELE
Assistant Attorney General
Washington State Office of Attorney General
P.O. Box 40109
Olympia, WA 98504
Tel: (360) 586-4900
Email: Steve.Scheele@atg.wa.gov

**For the City of New York:**

MURIEL GOODE-TRUFANT
Acting Corporation Counsel

/s/ Hilary Meltzer
HILARY MELTZER
Chief, Environmental Law Division
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2070
Email: hmeltzer@law.nyc.gov

**For the Association of Home Appliance Manufacturers:**

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Kevin N. Ainsworth
By: Kevin N. Ainsworth
666 Third Avenue
New York, New York 10017
Tel: 212.692.6745
Email: kainsworth@mintz.com

**For the Air-Conditioning, Heating & Refrigeration Institute:**

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ Kevin N. Ainsworth
By: Kevin N. Ainsworth
666 Third Avenue
New York, New York 10017
Tel: 212.692.6745
Email: kainsworth@mintz.com

**For DOE:**

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    s/ Anthony J. Sun
       ANTHONY J. SUN
       Assistant United States Attorney
       Telephone: (212) 637-2810
       Fax: (212) 637-2786
       Email: anthony.sun@usdoj.gov

14